636

KARLEN COMMUNICATION, INC. v. TOWN OF STOWE and Stowe Zoning Board of Adjustment, No. 298-79

June 3, 1980. Transcript shall be ordered by July 1, 1980, or cause dismissed.

J. Boone WILSON v. Allen B. ALEXANDER, Edward Epstein and Myra Epstein, No. 299-79

June 3, 1980. Appellee's brief shall be filed by July 1, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.

Naida ST. ONGE v. DEPARTMENT OF SOCIAL WELFARE, No. 308-79

June 3, 1980. Appellee's brief shall be filed by July 1, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.

Adam MASLACK v. TOWN OF POULTNEY, No. 329-79

June 3, 1980. The appellant shall evidence by July 1, 1980, his application to the Board for the certification of questions of law or the appeal shall be dismissed.

STATE of Vermont v. James E. BROTHERS, No. 345-79

June 3, 1980. Appellee's brief shall be filed by July 1, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.

B & R OIL COMPANY, INC. v. RAY'S MOBILE HOMES, INC., No. 371-79

June 3, 1980. Appellee's brief shall be filed by July 1, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.

STATE of Vermont v. Charlene Ann MULHOLLAND, No. 375-79

June 3, 1980. Appellee's brief shall be filed by July 1, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.

Marjorie Anne BERGER v. William Thomas BERGER, No. 399-79

June 3, 1980. Motion for trustee process ex parte is denied without prejudice. V.R.C.P. 4.2(b)(1).
Billings, J.